## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA A. DUHIGG, an indivudual, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV91 |
| | ) | |
| V. | ) | |
| | ) | |
| GOODWILL INDUSTRIES, a | ) | ORDER |
| Nebraska nonprofit corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Homero Vela's motion to withdraw (filing 21) as counsel for Defendant.  Upon the representation that Defendant will remain represented in this action, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1.     The Motion to Withdraw (filing 21) is granted.

2.     The Clerk of Court shall terminate Mr. Vela's appearance as counsel for Defendant and shall cease further notices to Mr. Vela in this matter.

**DATED September 23, 2015.**

                        **BY THE COURT:**

                        **S/ F.A. Gossett**
                        **United States Magistrate Judge**